# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

### RIVERSIDE

| | |
|---|---|
| STERLING DAVIS, | Case No. EDCV09-00256 VAP (VBKx) |
| Plaintiff, | [~~PROPOSED~~] ORDER REMANDING ACTION TO STATE COURT |
| v. | |
| NEW BREED LOGISTICS, INC., A Business Entity, Form Presently Unknown; BOB LOUINSKY, an Individual; and DOES 1-10, Inclusive, | **Trial Date: NONE SET** |
| Defendants. _____/ | |

## ORDER ON STIPULATION TO REMAND

Having read the accompanying stipulation by the parties to this action that the damages sought by Plaintiff herein are below the jurisdictional limits of this court for diversity cases, as set forth under 28 U.S.C. Section 1441, et seq., and good cause appearing therefor, IT IS HEREBY ORDERED that this action is remanded to the

1

1  Superior Court for the State of California and County of San Bernardino, Case No.

2  CIVRS 900164, for all further proceedings.

3

4

5  Dated: Aug 27, 2009

6  HON. VIRGINIA A. PHILLIPS
   Judge of the District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                             ) ss.
COUNTY OF SAN BERNARDINO )

       I am a citizen of the United States and employed in the County of San Bernardino. I am over the age of eighteen years and not a party to the within action. My business address is 5811 Pine Avenue, Suite A, Chino Hills, California 91709.

       On June 22, 2009, at Chino Hills, California, I served the foregoing document described as:

## [PROPOSED] ORDER REMANDING ACTION TO STATE COURT

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

**X**   **BY U.S. MAIL** I caused such envelope to be deposited in the mail, with postage thereon fully prepaid, at Chino Hills, California. [I am "readily familiar" with this law office's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in the affidavit.]

**\_**   **BY PERSONAL SERVICE** I personally delivered such envelope to the offices of the addressee.

**\_**   **BY FEDERAL EXPRESS MAIL** I personally delivered such envelope on \*\*\* to a Federal Express drop box or office in Chino Hills, California, marked for delivery on \*\*\*.

**X**   **BY FACSIMILE** I transmitted a true copy of said document by facsimile machine, pursuant to Rule 2005. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(k), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. Said fax transmission(s) was/were completed on the above date.

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on June 22, 2009, at Chino Hills, California.

MARY ELLEN SAMBRANO

BROWN & LIPINSKY
Attorneys At Law
5811 Pine Avenue, Suite A
Chino Hills, CA 91709
(909) 597-2445

1

## [PROPOSED] ORDER REMANDING ACTION TO STATE COURT

1

## SERVICE LIST

2

### Davis v. New Breed Logistics, Inc., et al.
### U.S.D.C. Case No.: EDCV09-00256 VAP (VBKx)

3

4

**Attorneys for Defendant, NEW BREED LOGISTICS, INC.**

Gabrielle M. Wirth, Esq.          E-mail: wirth.gabrielle@dorsey.com

5          Jessica Linehan, Esq.          E-mail: linehan.jessica@dorsey.com
Edward B. Raskin, Esq.          E-mail: rasking.edward@dorsey.com

6          Dorsey & Whitney LLP
38 Technology Dr Ste 100

7          Irvine CA 92618-5310
(949) 932-3600

8          (949) 932-3601 Fax

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

BROWN & LIPINSKY
Attorneys At Law
5811 Pine Avenue, Suite A
Chino Hills, CA 91709
(909) 597-2445

2

**[PROPOSED] ORDER REMANDING ACTION TO STATE COURT**